UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


In re:                                                          Case No. 8:08–bk–19268–KRM
                                                                Chapter 13



David J. Petrucelli
3136 W. Varn Avenue
Tampa, FL 33611




_____Debtor*_____/


ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS


　　THIS CASE came on for consideration , without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on March 21, 2011 by American Property Locators, Inc. on behalf of Bank of America, successor to Wilshire Credit Corporation . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $3,313.84 has been deposited in the Registry of the Court and that the Motion should be granted.

　　Accordingly, it is

　　ORDERED that the Motion for Payment of Unclaimed Funds filed by American Property Locators, Inc. on behalf of Bank of America, successor to Wilshire Credit Corporation is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $3,313.84 to the order of:

Bank of America successor to Wilshire Credit Corporation
c/o American Property Locators, Inc., Attn: Greg Griffith
3855 South Boulevard, Suite 200
Edmond, OK 73013



**DONE AND ORDERED** in Chambers at Tampa, Florida on _____5-5-11_____.


K. Rodney May
United States Bankruptcy Judge
　*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.